IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

COLUMBIA MUTUAL INSURANCE COMPANY                                PLAINTIFF

v.                              CASE NO. 11-CV-1030

JACK O. SWEENEY, JR. AND
PHILLIP SWOFFORD, ADMINISTRATOR
OF THE ESTATE OF TINA M. SWEENEY, DECEASED                       DEFENDANTS

## ORDER

Pending is the parties' Joint Motion to Dismiss. (ECF No. 10). They request the Court dismiss Plaintiff Columbia Mutual Insurance Company's complaint (ECF No. 1) with prejudice in light of the parties' underlying settlement agreement. The motion is **GRANTED**. Plaintiff's complaint (ECF No. 1) is hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 30th day of January, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge